FILED: May 18, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2289
(5:12-cv-00114-JPB-JPM)
(5:12-cv-00115-JPB)

_____

PHILLIP ALIG; SARA J. ALIG; ROXANNE SHEA; DANIEL V. SHEA

  Plaintiffs - Appellees

v.

ROCKET MORTGAGE, LLC, f/k/a Quicken Loans Inc.; AMROCK, LLC, f/k/a Title Source, Incorporated, d/b/a Title Source Inc. of West Virginia, Incorporated

  Defendants - Appellants

and

DEWEY V. GUIDA; APPRAISALS UNLIMITED, INCORPORATED; RICHARD HYETT

  Defendants

_____

O R D E R
_____

The court grants the motion to extend filing time and extends the briefing schedule as follows:

Opening brief, response brief, and any reply brief in final form due: 06/08/2023

For the Court--By Direction

/s/ Patricia S. Connor, Clerk