FILED: January 23, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2289
(5:12-cv-00114-JPB-JPM)
(5:12-cv-00115-JPB)
_____

PHILLIP ALIG; SARA J. ALIG; ROXANNE SHEA; DANIEL V. SHEA

     Plaintiffs - Appellees

v.

ROCKET MORTGAGE, LLC, f/k/a Quicken Loans Inc.; AMROCK, LLC, f/k/a Title Source, Incorporated, d/b/a Title Source Inc. of West Virginia, Incorporated

     Defendants - Appellants

 and

DEWEY V. GUIDA; APPRAISALS UNLIMITED, INCORPORATED; RICHARD HYETT

     Defendants

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed in part, reversed in part, and vacated in part. This case is

remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK